UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH MELEKE LAWRENCE, BMH033, <br> Plaintiff, <br> v. <br> GREGOIRE, Deputy Sheriff, et al., <br> Defendant(s). | Case No. 24-cv-05347-CRB (PR) <br><br> **JUDGMENT** |

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment, judgment is entered in favor of defendants and against plaintiff.

Each party to bear its own costs and attorneys' fees.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: December 12, 2025

_____
CHARLES R. BREYER
United States District Judge